No. 96–2044. IN RE KOST;

No. 96–9360. IN RE SCOTT;

No. 96–9503. IN RE BENNETT;

No. 97–62. IN RE MCDONALD;

No. 97–370. IN RE HOPE;

No. 97–5087. IN RE ZANI;

No. 97–5121. IN RE OKORO;

No. 97–5173. IN RE CARREIRO;

No. 97–5273. IN RE SMITH;

No. 97–5288. IN RE ANDERSON;

No. 97–5358. IN RE MICHAELS;

No. 97–5499. IN RE POLLARD;

No. 97–5547. IN RE WILLIS;

No. 97–5682. IN RE GRAVES; and

No. 97–5772. IN RE MOORE. Petitions for writs of habeas corpus denied.